IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY DIXON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.                                                                    CASE NO. 1D15-0177

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 15, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Terry Dixon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the judgment and sentence rendered on July 15, 2014, in Duval County Circuit Court case number 2013-CF-003881-AXXX-MA, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent him in the belated appeal authorized by this opinion.

WOLF, BENTON, and RAY, JJ., CONCUR.